**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

ANDREW CRAIG ALDRIDGE,

     Plaintiff,

v.           CIVIL ACTION NO.   2:14-cv-24814

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

     Defendant.

**MEMORANDUM OPINION AND ORDER**

Before the Court is Plaintiff's Complaint seeking review of the decision of the Acting Commissioner of Social Security, Carolyn W. Colvin ("Commissioner") [ECF 1].   On August 21, 2014, this action was referred to United States Magistrate Dwane L. Tinsley for submission of proposed findings and a recommendation ("PF&R").   Magistrate Judge Tinsley filed his PF&R [ECF 10] on July 16, 2015, recommending that this Court reverse the final decision of the Commissioner, remand this case for further proceedings, and dismiss this matter from the Court's docket.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.   *Thomas v. Arn*, 474 U.S. 140, 150 (1985).   Failure to file timely objections constitutes a waiver of *de novo* review and the Plaintiff's right to appeal this Court's Order.   28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir.

1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).   In addition, this Court need not conduct a *de novo* review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982).

Objections to the PF&R were due on August 3, 2015.   To date, no objections have been filed.

Accordingly, the Court **ADOPTS** the PF&R [ECF 10], **REVERSES** the final decision of the Commissioner, **REMANDS** this case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and **DIRECTS** the Clerk to remove this case from the Court's docket.   A separate Judgment Order will enter this day implementing the rulings contained herein.

**IT IS SO ORDERED.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        August 17, 2015

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE